IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 194

| | |
|---|---|
| BILLY JUNIOR MOSES AND LINDA MOSES, ) ) ) Plaintiffs ) ) V ) ) AIRWEL-FEDDERS NORTH AMERICA, ) INC. (sued individually and as successor- ) in-interest to Fedders Corporation), et. al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of Eric Todd Hawkins. It appearing that Eric Todd Hawkins is a member in good standing with the Georgia State Bar and will be appearing with Teresa Lazzaroni, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* (#36) of Eric Todd Hawkins is **GRANTED**,

and that Eric Todd Hawkins is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Teresa Lazzaroni.

Signed: August 15, 2013

Dennis L. Howell
United States Magistrate Judge