**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH**

| | |
|---|---|
| **BILLY JUNIOR MOSES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| vs. ) | **AMENDED ORDER** |
| ) | |
| ) | |
| **AIRWELL FEDDERS NORTH** ) | |
| **AMERICA, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On July 11, 2013, the Plaintiff filed this action against multiple Defendants, including the Defendant Airwell Fedders North America, Inc. [Doc. 1]. An Affidavit of Service filed by the Plaintiff indicates that this Defendant was served on June 25, 2013. [Doc. 16]. To date, however, Airwell Fedders North America, Inc. has not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate

motion or otherwise take further action with respect to the Defendant Airwell Fedders North America, Inc. The Plaintiff is advised that failure to take further action against Airwell Fedders North America, Inc. will result in the dismissal of this Defendant.

**IT IS SO ORDERED.**

Signed: May 8, 2014

Martin Reidinger
United States District Judge