# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| **BILLY JUNIOR MOSES, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>)<br>vs. )<br>)<br>)<br>**AIRWELL FEDDERS NORTH** )<br>**AMERICA, INC., et al.,** )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Response in Regards to Order Pertaining to Airwell Fedders North America, Inc. [Doc. 74].

On May 8, 2014, the Court entered an Order directing the Plaintiffs to file an appropriate motion or otherwise take further action within fourteen (14) days with respect to the Defendant Airwell Fedders North America, Inc. or risk the dismissal of this Defendant. [Doc. 73]. In response to the Court's Order, the Plaintiffs state that they anticipate filing a motion to amend their Complaint within a matter of days, and they request that the

Court allow the Amended Complaint be filed first so that they have the opportunity to pursue this Defendant afterwards. [Doc. 74].

In light of the Plaintiffs' Response, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Defendant Airwell Fedders North America, Inc. shall not be dismissed at this time. The Plaintiffs shall file their motion to amend the Complaint within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: May 15, 2014

Martin Reidinger
United States District Judge