# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv194

| | |
|---|---|
| BILLY JUNIOR MOSES and LINDA MOSES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     ORDER<br>) |
| AIRWELL-FEDDERS NORTH AMERICA, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

Pending before the Court is the Motion to Substitute Party [# 75]. Linda Moses moves to substitute herself as plaintiff in this action as the result of the death of Plaintiff Billy Moses. Linda Moses is the appointed Executrix of the estate of Plaintiff Billy Moses. Upon a review of the record and the motion, the Court **GRANTS** the motion [# 75] and **SUBSTITUTES** Linda Martin Moses, individually and as Executrix of the Estate of Billy Junior Moses, as Plaintiff for Billy Junior Moses.

Signed: June 12, 2014

Dennis L. Howell
United States Magistrate Judge