THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| BILLY JUNIOR MOSES, et al., | ) |
| --- | --- |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  **O R D E R** |
| | ) |
| AIRWELL FEDDERS NORTH AMERICA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal Without Prejudice [Doc. 87].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 87] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Dana Companies LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: July 3, 2014

Martin Reidinger
United States District Judge