THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| BILLY JUNIOR MOSES, et al., ) ) Plaintiffs, ) ) ) vs. ) ) ) AIRWELL FEDDERS NORTH ) AMERICA, INC., et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Ford Motor Company [Doc. 105].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 105] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Ford Motor Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge