THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, Individually )
and as Executrix of the Estate of )
BILLY JUNIOR MOSES, Deceased, )
                                                   )
               Plaintiff, )
                                                   )
     vs.                                      )        **O R D E R**

AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
              Defendants. )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Conwed Corporation, Only [Doc. 144].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 144] is **GRANTED**, and all of the Plaintiff's claims against Defendant Conwed Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge