THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, Individually )
and as Executrix of the Estate of )
BILLY JUNIOR MOSES, Deceased, )
)
      Plaintiff, )
)
)
vs. )    **O R D E R**
)
)
AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
)
      Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss The Lincoln Electric Company, Only [Doc. 143].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 143] is **GRANTED**, and all of the Plaintiff's claims against Defendant The Lincoln Electric Company, Only are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge