THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, Individually and as Executrix of the Estate of BILLY JUNIOR MOSES, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>AIRWELL FEDDERS NORTH AMERICA, INC., et al.,<br><br>    Defendants. | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Henry Company, LLC, Only [Doc. 142].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 142] is **GRANTED**, and all of the Plaintiff's claims against Defendant Henry Company, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge