THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, Individually )
and as Executrix of the Estate of )
BILLY JUNIOR MOSES, Deceased, )
                                      )
           Plaintiff, )
                                      )
      vs. )           **O R D E R**
                                      )
AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
                                      )
          Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Vanderbilt Minerals, LLC, Only [Doc. 141].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 141] is **GRANTED**, and all of the Plaintiff's claims against Defendant Vanderbilt Minerals, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge