THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, Individually and as Executrix of the Estate of BILLY JUNIOR MOSES, Deceased, ) ) ) ) Plaintiff, ) ) ) vs. ) ) ) AIRWELL FEDDERS NORTH ) AMERICA, INC., et al., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Rheem Manufacturing Company, Only [Doc. 150].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 150] is **GRANTED**, and all of the Plaintiff's claims against Defendant Rheem Manufacturing Company are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge