THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, Individually and as Executrix of the Estate of BILLY JUNIOR MOSES, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIRWELL FEDDERS NORTH AMERICA, INC., et al.,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss St. Gobain Abrasives, Inc., Only [Doc. 149].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 149] is **GRANTED**, and all of the Plaintiff's claims against Defendant St. Gobain Abrasives, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge