# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00194-MR

| | |
|---|---|
| LINDA MARTIN MOSES, Individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, Deceased, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AIRWELL-FEDDERS NORTH )<br>AMERICA, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On April 28, 2015, the Defendant The Sherwin-Williams Company d/b/a White Lightning Products ("Sherwin-Williams") filed a brief in support of its Motion for Summary Judgment. [Doc. 162]. The Defendant's brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 119 at 7]. Accordingly, the Defendant's supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Brief in Support of Defendant The Sherwin-William Company d/b/a White Lightning Products' Motion

Summary Judgment [Doc. 162] is hereby **STRICKEN**.  The Defendant may file a brief which complies with the requirements of this Court within seven (7) days of the entry of this Order.  The deadline for the Plaintiff to respond to the Defendant's Motion for Summary Judgment shall remain the same unless an extension is sought.

    **IT IS SO ORDERED.**

Martin Reidinger
United States District Judge