IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRWELL FEDDERS NORTH AMERICA, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss The Sherwin-Williams Company [Doc. 180].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 180] is **GRANTED**, and the Plaintiffs' claims against the Defendant The Sherwin-Williams Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant The Sherwin-Williams Company's Motion for Summary Judgment [Doc. 161] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: May 11, 2015

Martin Reidinger
United States District Judge