# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased, ) ) ) ) Plaintiffs, ) ) vs. ) ) AIRWELL FEDDERS NORTH ) AMERICA, INC., et al., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Trane U.S., Inc.'s Motion for Summary Judgment [Doc. 175] and the parties' Joint Motion to Dismiss Trane U.S., Inc., f/k/a American Standard Companies, Only [Doc. 196].

Upon review of the parties' motions, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 196] is **GRANTED**, and the Plaintiffs' claims against the Defendant Trane U.S., Inc., f/k/a American Standard Companies, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Trane U.S., Inc.'s Motion for Summary Judgment [Doc. 175] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge