IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, individually )
and as the Executrix of the Estate of )
BILLY JUNIOR MOSES, deceased, )
                                                  )
              Plaintiffs, )
                                                  )
     vs. )              **O R D E R**
                                                  )
AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
                                                  )
            Defendants. )
_____ )

      **THIS MATTER** is before the Court on the Defendant Cyprus Amax Minerals Company's Motion for Summary Judgment [Doc. 159] and the parties' Joint Motion to Dismiss Cyprus Amax Minerals Company, Only [Doc. 195].

      Upon review of the parties' motions, and for cause shown,

      **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 195] is **GRANTED**, and the Plaintiffs' claims against the Defendant Cyprus Amax Minerals Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Cyprus Amax Minerals Company's Motion for Summary Judgment [Doc. 159] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge