IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-194

| | |
|---|---|
| **LINDA MARTIN MOSES, Individually and as Executrix of the Estate of BILLY JUNIOR MOSES, Deceased,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| **AIRWELL-FEDDERS NORTH AMERICA, INC. (sued individually and as successor-in-Interest to Fedders Corporation), et al.,** | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on Carter T. Lambeth's Application for Admission to Practice *Pro Hac Vice* of William P. Early. It appearing that William P. Early is a member in good standing with the South Carolina State Bar and will be appearing with Carter T. Lambeth, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Carter T. Lambeth's Application for Admission to Practice *Pro Hac Vice* (#213) of William P. Early is **GRANTED**

and that William P. Early is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Carter T. Lambeth.

Signed: June 30, 2015

Dennis L. Howell
United States Magistrate Judge