**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH**

| | | |
|---|---|---|
| **LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **AIRWELL FEDDERS NORTH AMERICA, INC., et al.,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

**THIS MATTER** is before the Court on the Defendant Honeywell International Inc.'s Motion for Summary Judgment [Doc. 165] and the parties' Joint Motion to Dismiss [Doc. 217].

Upon review of the parties' motions, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 217] is **GRANTED**, and the Plaintiffs' claims against the Defendant Honeywell International Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Honeywell International Inc.'s Motion for Summary Judgment [Doc. 165] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge