IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, individually )
and as the Executrix of the Estate of )
BILLY JUNIOR MOSES, deceased, )
                                        )
                **Plaintiffs,** )
                                        )
                vs. )           **O R D E R**
                                        )
AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
                                        )
                **Defendants.** )
_____ )

**THIS MATTER** is before the Court on the Defendant Lennox Industries, Inc.'s Motion for Summary Judgment [Doc. 169] and the parties' Joint Motion to Dismiss [Doc. 218].

Upon review of the parties' motions, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 218] is **GRANTED**, and the Plaintiffs' claims against the Defendant Lennox Industries, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Lennox Industries, Inc.'s Motion for Summary Judgment [Doc. 169] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge