# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| **LINDA MARTIN MOSES, Individually** ) <br> **and as Executrix of the Estate of** ) <br> **BILLY JUNIOR MOSES, Deceased,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> **AIRWELL-FEDDERS NORTH** ) <br> **AMERICA, INC., et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Settlement Memorandum of Plaintiffs and Defendant Union Carbide Corporation [Doc. 219].

In light of the parties' apparent settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall consummate all requirements of the parties' settlement agreement and the parties shall file all such documents with the Court so as to effectuate the closing of the Court file within sixty (60) days of the entry of this Order, unless additional time is sought and granted by the Court.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 173] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge