IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, individually )
and as the Executrix of the Estate of )
BILLY JUNIOR MOSES, deceased, )
)
                Plaintiffs, )
  vs. )         **O R D E R**
)
AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
)
                Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Pfizer, Inc. [Doc. 222]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 222] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Pfizer, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Pfizer, Inc.'s Motion for Summary Judgment [Doc. 171], and Plaintiffs' Motion for Sanctions for Spoliation [Doc. 186], are **DENIED AS MOOT**.

**IT IS SO ORDERED.**    Signed: July 6, 2015

Martin Reidinger
United States District Judge