IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually ) <br> and as the Executrix of the Estate of ) <br> BILLY JUNIOR MOSES, deceased, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> AIRWELL FEDDERS NORTH ) <br> AMERICA, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 225]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 225] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 5, 2015

Martin Reidinger
United States District Judge