# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually ) <br> and as the Executrix of the Estate of ) <br> BILLY JUNIOR MOSES, deceased, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> AIRWELL FEDDERS NORTH ) <br> AMERICA, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss General Electric Company [Doc. 228]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion [Doc. 228] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant General Electric Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge