# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| **LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased,** ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | **O R D E R** |
| ) | |
| **AIRWELL FEDDERS NORTH AMERICA, INC., et al.,** ) ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Georgia-Pacific [Doc. 229]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 229] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Georgia-Pacific are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge