IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> AIRWELL FEDDERS NORTH AMERICA, INC., et al., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss CertainTeed Corporation, Only [Doc. 231]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 231] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant CertainTeed Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

*/s/ Martin Reidinger*
Martin Reidinger
United States District Judge