IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased, ) ) ) ) Plaintiffs, ) vs. ) ) AIRWELL FEDDERS NORTH ) AMERICA, INC., et al., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss W.W. Henry Company, Only [Doc. 236]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 236] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant W.W. Henry Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge