IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00194-MR-DLH

LINDA MARTIN MOSES, individually )
and as the Executrix of the Estate of )
BILLY JUNIOR MOSES, deceased, )
)
           Plaintiffs, )
  vs. ) **O R D E R**
)
AIRWELL FEDDERS NORTH )
AMERICA, INC., et al., )
)
           Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 247]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 247] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Kaiser Gypsum Company, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 5, 2015

Martin Reidinger
United States District Judge