**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:13-cv-00194-MR-DLH**

| | |
|---|---|
| **LINDA MARTIN MOSES, individually**<br>**and as the Executrix of the Estate of**<br>**BILLY JUNIOR MOSES, deceased,**<br><br>           **Plaintiffs,**<br><br>    **vs.**<br><br>**AIRWELL FEDDERS NORTH**<br>**AMERICA, INC., et al.,**<br><br>           **Defendants.**<br>_____ | **O R D E R** |

      **THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 248]. Upon review of the parties' motion, and for cause shown,

      **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 248] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Union Carbide Corp. are hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED.**

Signed: November 5, 2015

Martin Reidinger
United States District Judge