# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00194-MR-DLH

| | |
|---|---|
| LINDA MARTIN MOSES, individually and as the Executrix of the Estate of BILLY JUNIOR MOSES, deceased,<br><br>              Plaintiffs,<br><br>vs.<br><br>AIRWELL FEDDERS NORTH AMERICA, INC., et al.,<br><br>              Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal [Doc. 251] and the parties' Amended Joint Motion for Dismissal [Doc. 252]. Upon review of the parties' motion, as amended, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Amended Joint Motion [Doc. 252] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant DAP Products, Inc. are hereby **DISMISSED WITH PREJUDICE**.[1]

---

[1] In an Order entered August 19, 2015, the Court previously dismissed this Defendant without prejudice. [Doc. 243].

**IT IS FURTHER ORDERED** that the parties' Joint Motion for Dismissal [Doc. 251] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: November 19, 2015

Martin Reidinger
United States District Judge